1 DANIEL J. BRODERICK, #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
FRANCISCO BOBADILLA-AVILOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S-07-0357 EJG |
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| FRANCISCO BOBADILLA-AVILOS, | ) | Date: October 5, 2007 |
| Defendant. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Bobadilla-Avilos, through their respective attorneys, that the status conference scheduled for October 5, 2007 may be continued to November 2, 2007, at 10:00 a.m.

Counsel for the government recently provided a proposed plea agreement to defense counsel who is presently in jury trial in an unrelated case. Defense counsel seeks additional time to review the proposed agreement with Mr. Bobadilla-Avilos and to continue discussions with counsel for the government. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded

through November 2, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

        Respectfully submitted,

        DANIEL J. BRODERICK
        Federal Defender

Dated: October 3, 2007    /s/ T. Zindel
        TIMOTHY ZINDEL
        Assistant Federal Defender
        Attorney for
        FRANCISCO BOBADILLA-AVILOS

        McGREGOR SCOTT
        United States Attorney

Dated: October 3, 2007    /s/ T. Zindel for K. Reardon
        KYLE REARDON
        Assistant U.S. Attorney

## O R D E R

The status conference is continued to November 2, 2007, at 10:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 3, 2007    /s/ Edward J. Garcia
        HON. EDWARD J. GARCIA
        United States District Judge