DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO BOBADILLA-AVILOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>FRANCISCO BOBADILLA-AVILOS,<br><br>       Defendant.<br>_____ | No. Cr. S-07-0357 EJG<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  November 2, 2007<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Bobadilla-Avilos, through their respective attorneys, that the status conference presently scheduled for November 2, 2007 may be continued to December 14, 2007, at 10:00 a.m.

Defense counsel seeks additional time to review additional discovery and to continue discussions with counsel for the government toward possible resolution of the case. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through December 14, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 31, 2007                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for
                                        FRANCISCO BOBADILLA-AVILOS


                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  October 31, 2007                /s/ T. Zindel for K. Reardon
                                        KYLE REARDON
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to December 14, 2007, at 10:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: November 1, 2007            /s/ Edward J. Garcia
                                   HON. EDWARD J. GARCIA
                                   United States District Judge

Stip. in U.S.A. v. Bobadilla-Avilos     -2-