```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    FRANCISCO BOBADILLA-AVILOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr. S-07-0357 EJG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| FRANCISCO BOBADILLA-AVILOS, | ) | |
| Defendant. | ) | Date: December 14, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Francisco Bobadilla-Avilos, through their respective attorneys, that the status conference presently scheduled for December 14, 2007 may be continued to December 21, 2007, at 10:00 a.m.

Defense counsel seeks additional time for ongoing defense investigation and to continue discussions with counsel for the government toward possible resolution of the case.  To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through December 21, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: December 13, 2007 | /s/ T. Zindel<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorney for<br>FRANCISCO BOBADILLA-AVILOS |
|   | McGREGOR SCOTT<br>United States Attorney |
| Dated: December 13, 2007 | /s/ T. Zindel for K. Reardon<br>KYLE REARDON<br>Assistant U.S. Attorney |

**O R D E R**

The status conference is continued to December 21, 2007, at 10:00 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: December 13, 2007        /s/ Edward J. Garcia
                                HON. EDWARD J. GARCIA
                                United States District Judge

Stip. in U.S.A. v. Bobadilla-Avilos        -2-